■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN J. HANCOCK, Appellant. (Appeal No. 2.) [899 NYS2d 722]— Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered June 20, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Fahey, Peradotto and Pine, JJ.